PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 04/2021)

United States Courts
Southern District of Texas
FILED

OCT 19 2022

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE  HOUSTON  DISTRICT OF TEXAS
HARRIS  DIVISION

JANELL Elizabeth HAMPTON (SPN 03020688)
Plaintiff's Name and ID Number

Harris County Jail
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

John L. Green
Defendant's Name and Address

Harris County Constables
Defendant's Name and Address

Houston, Texas
Defendant's Name and Address
( DO NOT USE "ET AL.")

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of $402.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
       1. Approximate date of filing lawsuit: _____
       2. Parties to previous lawsuit:
          Plaintiff(s) _____
          Defendant(s) _____
       3. Court: (If federal, name the district; if state, name the county.) _____
       4. Cause number: _____
       5. Name of judge to whom case was assigned: _____
       6. Disposition: (Was the case dismissed, appealed, still pending?) _____
       7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: **HARRIS County Jail**

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ___YES ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Janell E. Hampton ~~John L Green JD, PhD, CPA Attorney at Law, 4888 Loop Central Dr. Suite 800, Houston, Texas 77081~~ 12906 Meadow Run CT, Houston TX 77066

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: John L. Green JD, PhD, CPA, Attorney at Law

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #2: Judge Babara Stadler

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: Judge Josh Hill

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: Houston, Texas (State)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: Harris County Constables Texas Precinct 5

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

V. STATEMENT OF CLAIM:

3

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

John L. Green JD, PhD, CPA Attorney at Law filed bogus complaints on me with the Houston Police Department, Court 280, Court 232, Court 482, Court 16. All granted his motion. I was arrested on 4 different occassions and am incarcerated now.

See Attachment (printed)

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Pay Restoration and Reparations

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Jantell Elizabeth Hampton

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you. 03020688

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: 10/15/2022
DATE

*Janell E. Hampton*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _15_ day of _October_, 20 _22_.
         (Day)              (month)              (year)

*Janell E. Hampton*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

David J. Bradley Cause No. 227948101010, 228200101010, 166283301010, 167799901010

On August 28, 2019, I Received a theatening email from Nyesha Green and John L. Green JD, PhD, CPA, Attorney at Law.

In September 2019, I Received calls as well as emails from The Houston Police Department because Nyesha Green and John L Green filed Terrorist Threats and Harassment charges against me.

On September 22, 2019, John L Green filed for a protective order on me (Life Time). He also infused himself into my EEOC case against ADP, Inc. as his name is mentioned in ADP Inc. Response to my Complaint.

On October 13, 2019 while walking my Dog, I dialed 911 as I believed my Great Niece was in distress. The 911

(OVER)

Operator informed me that an officer was at the location so I drove my Mercedes Benz C Class 300 back to my family's home. When I identified myself to the "Harris County Constable" he pulled me out of my car and placed me under arrest. Another "Harris County Constable" pulled up, went into my car, retrieved my purse and handed my wallet to the arresting officer, took my purse and drove off in my car. After my release from jail on October 16, 2019 when I retrieved my car from impound my car had been stripped. Mercedes Benz of Houston purchased it back on December 5, 2019.

On October 31, 2019, Judge Barbara Stadler forced me to represent myself for a protective order hearing

With John L. Green. She granted him a Life Time Order on October 31, 2019. She was featured on fox 26 News as a Bias Judge. This Judge Refused to accept my appeal.

Nyesha Green filed Retialation charges on me in March 2020, and Judge Josh Hill granted it and I was arrested.

In May 2020, <u>The Harris County Constables</u> entered my Home and involuntary placed me into a Mental Institution (HCPC) for over 3 weeks. During the month of May 2020 my house was burgurized and Allstate Refused to pay my claim.

<u>In August 2020</u>, John L. Green Infused Himself

(OVER)

into My ADP, Inc Discrimination Case with EEOC as his name is mentioned several times in October 2020.

Blair Woodard John's Employee/Attorney filed another Protective Order Violation Charges against Me in September 2020 with Judge Josh Hill and I was arrested again. Upon Reate Release I was forced to wear a GPS monitor from October 2020 – December 2020.

On June 4, 2020, The Harris County Constables Kicked in my Door and arrested again and I am still in Jail awaiting another Court Date as Judge Maritza Antu Refused to grant or set my Bail Bond.

David J. Bradley "Motions filed"

Bond/Bail Hearing Reset Dates:

June 14, 2022, July 6, 2022, July 11, 2022, July 26, 2022, August 4, 2022, August 18, 2022, September 15, 2022, November 1, 2022

Defendants Motions To Dismiss:

1. Motion To Set Aside Indictments
2. Due To Prosecutional Delays
3. Due To Prosecution Misconduct
4. Unreasonable Search and Siezures
5. On Constitutional Grounds
6. Amendments 4th, 6th, 14th Violation
7. Speedy Public Trial Violation
8. By Reason of Double Jeopardy
9. Freedom of Speech & Press
10. For failure To State Offense
11. In the Interest of Justice
12. Disqualify Counsel
13. Release Defendant on thier Own Recognizance

(OVER)

District Court Room 16
Judge Darrell Jordan
Cause No(s) 227948101010,
228200101010

District Court Room 232
Judge Josh Hill
Cause No(s) 166283301010,
167799901010

District Court Room 482
Judge Maritza Antu
Cause No(s) 177011501010

District Court Room 280
Judge Barbara Stadler
Protective Order

David J. Bradley

Request Made on County Jail Kiosk.

|     | File No. | Date Filed | Date Answer |
|-----|----------|------------|-------------|
|     | 22-1417593 | 06/08/2022 | 06/08/2022 |
| MED | 22-1417596 | 06/08/2022 | 08/31/2022 |
|     | 22-1418783 | 06/09/2022 | 06/09/2022 |
| MED | 22-1421421 | 06/10/2022 | 09/01/2022 |
| MEN | 22-1423840 | 06/11/2022 | 06/12/2022 |
|     | 22-1423836 | 06/11/2022 | 06/17/2022 |
|     | 22-1423850 | 06/11/2022 | 06/13/2022 |
|     | 22-1424569 | 06/12/2022 | 06/17/2022 |
| MED | 22-1426023 | 06/13/2022 | 09/02/2022 |
|     | 22-1431783 | 06/15/2022 | 06/17/2022 |
| MEN | 22-1431784 | 06/15/2022 | 06/16/2022 |
| MED | 22-1433738 | 06/16/2022 | 09/02/2022 |
| MEN | 22-1435705 | 06/17/2022 | 06/17/2022 |
| MEN | 22-1435707 | 06/17/2022 | 06/17/2022 |
|     | 22-1435859 | 06/17/2022 | 06/20/2022 |
| MED | 22-1435864 | 06/17/2022 | 09/02/2022 |
| MEN | 22-1437326 | 06/18/2022 | 06/19/2022 |
|     | 22-1437734 | 06/18/2022 | 06/20/2022 |
| MEN | 22-1444131 | 06/22/2022 | 06/22/2022 |
| MEN | 22-1449337 | 06/24/2022 | 06/24/2022 |

(OVER)

|   | File No. | Date Filed | Date Answer |
|---|---|---|---|
| MEN | 22-1449415 | 06/24/2022 | 06/24/2022 |
| MED | 22-1452930 | 06/26/2022 | 09/02/2022 |
| MEN | 22-1452931 | 06/26/2022 | 06/27/2022 |
| MED | 22-1462693 | 07/01/2022 | 09/02/2022 |
| MED | 22-1470129 | 06/07/2022 | 07/05/2022 |
| MED | 22-1471413 | 07/06/2022 | 09/02/2022 |
|  | 22-1494329 | 07/19/2022 | 07/19/2022 |
|  | 22-1491913 | 07/18/2022 | 07/18/2022 |
| MED | 22-1504836 | 07/24/2022 | 09/02/2022 |
| MED | 22-1506934 | 07/25/2022 | 09/02/2022 |
| MED | 22-1513707 | 07/29/2022 | 09/02/2022 |
| MEN | 22-1513715 | 07/29/2022 | 07/29/2022 |
| MED | 22-1516943 | 07/31/2022 | 09/02/2022 |
| MEN | 22-1530690 | 08/07/2022 | 08/07/2022 |
| MED | 22-1530698 | 08/07/2022 | 09/02/2022 |
| MED | 22-1551601 | 08/18/2022 | 09/02/2022 |
| MED | 22-1554590 | 08/20/2022 | 09/02/2022 |
|  | 22-1585605 | 09/05/2022 | 09/06/2022 |
|  | 22-1647925 | 10/07/2022 | 10/10/2022 |
|  | 22-1653076 | 10/10/2022 |  |